UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY T. T PETERSON,

    Plaintiff,

v.

                                  Case No. 18-cv-12838
                                  Hon. Matthew F. Leitman

RYAN SMITH, *et al.*,

    Defendants.

_____/

### ORDER TERMINATING PLAINTIFF'S MOTION TO APPOINT COUNSEL (ECF No. 78) AS MOOT

On January 12, 2023, the Court appointed attorney Daniel E. Manville as *pro bono* counsel for Plaintiff Bradley T. Peterson. (*See* Order, ECF No. 77.) On that same day, the Court received a motion to appoint counsel filed by Peterson. (*See* Mot., ECF No. 78.) Because the Court has appointed Manville to represent Peterson, the Court **TERMINATES** Peterson's motion to appoint counsel as **MOOT**.

    **IT IS SO ORDERED**.

                                                        s/Matthew F. Leitman
                                                         MATTHEW F. LEITMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated: January 12, 2023

   I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 12, 2023, by electronic means and/or ordinary mail.

                s/Holly A. Ryan
                Case Manager
                (313) 234-5126