UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY T. PETERSON,

    Plaintiff,

v.

Case No. 18-cv-12838
Hon. Matthew F. Leitman

RYAN SMITH, *et al.*,

    Defendants.
_____/

## ORDER (1) DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTIONS (ECF No. 85) AND (2) STRIKING PLAINTIFF'S MOTION OF REQUESTS (ECF No. 86)

Proceeding pro se, Plaintiff Bradley T. Peterson filed this civil action on September 12, 2018. (*See* Compl., ECF No. 1.) On January 12, 2023, the Court determined that Mr. Peterson would benefit from the assistance of counsel and entered an order appointing counsel to represent Mr. Peterson. (*See* Order, ECF No. 77, PageID.798.) Mr. Peterson has now filed a Motion for Leave to File Motions (ECF No. 85) and a Motion of Requests (ECF No. 86) on his own.

Because Mr. Peterson has now been appointed counsel, the Court will not permit him to file motions on his own. Accordingly, Peterson's Motion for Leave to File Motions (ECF No. 85) is **DENIED**, and his Motion of Requests (ECF No. 86) is **STRICKEN**. If Mr. Peterson believes that motions should be filed in this case, he should advise his appointed counsel of his views and discuss with counsel

1

whether any motions should be filed on his behalf. Counsel may then file any motions counsel deems appropriate and permissible.

**IT IS SO ORDERED.**

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: March 21, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 21, 2023, by electronic means and/or ordinary mail.

                                                    s/Holly A. Ryan
                                                    Case Manager
                                                    (313) 234-5126