UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY T. PETERSON,

    Plaintiff,

v.

Case No. 18-cv-12838
Hon. Matthew F. Leitman

RYAN SMITH, *et al.*,

    Defendants.
_____/

## ORDER TERMINATING PLAINTIFF'S MOTION TO APPOINT COUNSEL (ECF No. 94) AS MOOT

On June 13, 2023, Plaintiff Bradley T. Peterson filed a motion asking this Court to re-appoint counsel to represent him in this action. (*See* Mot., ECF No. 94.) The Court has entered an order referring Peterson's complaint to this district's *Pro Bono* Committee so that counsel can be appointed to represent him. (*See* Order, ECF No. 95.)  Accordingly, Peterson's Motion to Appoint Counsel (ECF No. 94) is **TERMINATED AS MOOT.**

    **IT IS SO ORDERED.**

                              s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated:  June 20, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 20, 2023, by electronic means and/or ordinary mail.

                                       s/Holly A. Ryan
                                       Case Manager
                                       (313) 234-5126