UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY T. PETERSON,

    Plaintiff,

v.

Case No. 18-cv-12838
Hon. Matthew F. Leitman

RYAN SMITH,

    Defendant.
_____/

## ORDER APPOINTING PRO SE LAW CLINIC FOR LIMITED PURPOSE REPRESENTATION

**IT IS HEREBY ORDERED** that the University of Detroit Mercy Law School Pro Se Legal Clinic (under the direction of attorney Barbara Patek) is appointed to represent Plaintiff Bradley T. Peterson for the sole and limited purpose of participation in a settlement conference to be held before United States Magistrate David Grand. This limited purpose appointment shall terminate immediately and without further order of the Court once Magistrate Judge Grand declares the settlement conference to be concluded.

    **IT IS SO ORDERED.**

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: September 17, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 17, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126