UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY T. PETERSON,

    Plaintiff,

v.

RYAN SMITH, *et al.*,

    Defendants.

Case No. 18-cv-12838
Hon. Matthew F. Leitman

_____/

# ORDER TERMINATING PLAINTIFF'S MOTION TO ALERT COURT OF EMPLOYEE FILING ERROR (ECF No. 128)

On June 25, 2025, Plaintiff Bradley T. Peterson filed a motion in which he says that even though he filed a jury demand in this action, he was told by an employee of the Court that there was no jury demand in the Court's record. (*See* Mot., ECF No. 128.) The Court has since reviewed Peterson's Complaint, located his jury demand, and amended the docket to properly reflect that Peterson did in fact demand a jury trial. (*See* Jury Demand, ECF No. 1, PageID.13.) Thus, because Peterson's right to a jury trial has been fully preserved, the Court **TERMINATES** Peterson's currently-pending motion to alert the Court of a filing error as **MOOT**.

    **IT IS SO ORDERED**.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: July 16, 2025

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 16, 2025, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan
                                      Case Manager
                                      (313) 234-5126