UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY T. PETERSON,

    Plaintiff,

v.

    Case No. 18-cv-12838
    Hon. Matthew F. Leitman

RYAN SMITH, *et al.*,

    Defendants.
_____/

## ORDER APPOINTING ATTORNEY WOLF MUELLER AS STANDBY COUNSEL FOR PLAINTIFF BRADLEY T. PETERSON

At the request of the Court, attorney Wolf Mueller has agreed to act and be appointed as standby counsel for Plaintiff Bradley T. Peterson. Unless further ordered by the Court, Mueller's appearance in this case shall be limited only to acting as standby counsel for Peterson during the Final Pre-Trial Conference and at trial. The Court will now set a Zoom status conference with Mueller, Peterson, and counsel for Defendant Ryan Smith to discuss a schedule for the Final Pre-Trial Conference and trial.

    **IT IS SO ORDERED**.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: July 16, 2025

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 16, 2025, by electronic means and/or ordinary mail.

                                             s/Holly A. Ryan
                                             Case Manager
                                             (313) 234-5126