UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY T. PETERSON,

        Plaintiff,

v.

RYAN SMITH,

        Defendant.

Case No. 18-cv-12838
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING DEFENDANT'S MOTION IN LIMINE (ECF No. 136)

On February 18, 2026, the Court held a hearing on Defendant Ryan Smith's motion *in limine* to use certain deposition transcripts at trial. (*See* Mot., ECF No. 136.) For the reasons explained on the record during the motion hearing, Smith's motion is **GRANTED**. Smith may use the deposition transcripts of witnesses Robert Williams and Bryan Cozzaglio at trial.

        **IT IS SO ORDERED**.

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated:  February 19, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 19, 2026, by electronic means and/or ordinary mail.

        s/Holly A. Ryan
        Case Manager
        (313) 234-5126

1