UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY T. PETERSON,

     Plaintiff,

                                     Case No. 18-cv-12838

v.                                  Hon. Matthew F. Leitman

RYAN SMITH, *et al.*,

     Defendants.

_____/

### ORDER DENYING PLAINTIFF'S MOTION OF OBJECTIONS TO FEBRUARY 18, 2026, HEARING (ECF No. 149)

On February 18, 2026, the Court held the Final Pre-Trial Conference in this action. During that conference, the Court communicated with Plaintiff Bradley Peterson and Peterson's standby counsel, Wolf Mueller, on the record. The Court also addressed several of Peterson's objections to Defendant Ryan Smith's proposed witnesses. Those objections were prepared by Mueller, Peterson's standby counsel. During the Final Pre-Trial Conference, without any objection on the record by Peterson, Mueller discussed a limited number of those objections with the Court.

Peterson has now filed a written objection in which he raises two issues: (1) Mueller should not have said anything on his behalf at the Final Pre-Trial Conference and (2) the Court should reconsider one of its rulings from the Final Pre-Trial

1

Conference and admit into evidence at trial a Michigan Court of Appeals order vacating Peterson's state-court conviction.  Peterson's objection is **OVERRULED**.

First, the Court is not persuaded that Mueller overstepped his role as standby counsel or made any statements at the Final Pre-Trial Conference without Peterson's consent.

Second, regardless of any statements made by Mueller on the record, the Court independently concludes that the Michigan Court of Appeals' ruling is properly excluded under, at a minimum, Federal Rule of Evidence 403.  The Court of Appeals ruling has very limited, if any, probative value, and because it would be presented as a ruling of a state appellate court, there is a substantial risk that the jury would give it undue weight and that it would prejudice the defense.

For all of these reasons, and the reasons explained during the Final Pre-Trial Conference, Peterson's objection is **OVERRULED**, and his motion is **DENIED**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 3, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 3, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2