UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY T. PETERSON,

    Plaintiff,

                               Case No. 18-12838
v.                              Hon. Matthew F. Leitman

RYAN SMITH, *et al.*,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the jury verdict entered on March 5, 2026, and the orders entered on November 21, 2019, and March 4, 2021,

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of all Defendants and against Plaintiff.

                              KINIKIA ESSIX
                              CLERK OF COURT

                    By:   s/Holly A. Ryan
                              Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 6, 2026
Detroit, Michigan

1